```
                                                FILED
                                           U.S. DISTRICT COURT
                                              SAVANNAH DIV.
         UNITED STATES DISTRICT COURT
                                           2006 DEC 18 PM 2: 05
         SOUTHERN DISTRICT OF GEORGIA
                                           CLERK_____
              SAVANNAH DIVISION              SO. DIST. OF GA.
```

JESSE BUTLER,                )
                             )
    Petitioner,              )
                             )
v.                           )    Case No. CV402-61
                             )
VICTOR WALKER, Warden,       )
                             )
    Respondent.              )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___18___ day of ___December___, 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA